

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:24-cr- 17 |
| | ) | |
| v. | ) | Theft of Mail by Postal Service Employee |
| | ) | 18 U.S.C. Section 1709 |
| WENDY LAWRENCE, | ) | (Count 1) |
| | ) | |
| *Defendant.* | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

On or before October 18, 2022, in the Eastern District of Virginia, the defendant, WENDY LAWRENCE, a United States Postal Service officer and employee, did unlawfully and knowingly embezzle, steal, and remove a letter, mail, and article and thing contained therein which had been entrusted to her, and which came into her possession intended to be conveyed by mail and delivered by a carrier or messenger employed by a department of the Postal Service.

Specifically, on or before October 18, 2022, WENDY LAWRENCE embezzled, stole, and removed mail matter from the mail stream that had been entrusted to her care and took such mail matter to her residence in Chesterfield County, Virginia, within the Eastern District of Virginia. LAWRENCE subsequently removed gift cards, checks, and other items of value from such mail matter, keeping them for her own use.

(In violation of Title 18, United States Code, Section 1709.)

JESSICA D. ABER
UNITED STATES ATTORNEY

By: /s/

Avi Panth
Virginia Bar No. 92450
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: avishek.panth@usdoj.gov

2